ACCEPTED
03-15-00116-CR
5276963
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/14/2015 7:45:00 AM
JEFFREY D. KYLE
CLERK

## NO.  03-15-00116-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | | |
| | § | | |
| **VS.** | § | **THIRD COURT** | 5/14/2015 7:45:00 AM |
| | § | | JEFFREY D. KYLE |
| | § | | Clerk |
| **CHRISTOPHER RIVERA** | § | **OF APPEALS** | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Christopher Rivera., Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 274th Judicial District Court of Hays County, Texas.

2.     The case below was styled the STATE OF TEXAS vs. Christopher Rivera, and numbered  CR-14-0448 in the District Court of Hays County, Texas.

3.     Appellant was convicted of Retaliation.

4.     Appellant was assessed a sentence to 6 years TDCJ.  The 6 year sentence was probated and Appellant was placed on 6 years probation on February 4, 2015.

5.     Notice of appeal was given.

6.     The clerk's record and the reporter's record were filed.

7. The appellate brief was presently due on or about May 12, 2015.

8. Appellant requests an extension of time of 45 days from the present date, i.e. that the brief be due on or before July 6, 2015.

9. No prior extensions have been filed in this case, therefore this is the first request for an extension.

10. Defendant is currently free on probation and not incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

A.) Appellant's attorney is working on another brief styled: Leroy Robinson Jr. vs. The State of Texas in the 10th Court of Appeals in Waco, Texas and that brief is due on May 21, 2015 and attorney is attempting to finish that brief.

B.) Appellant is free on probation and therefore is not incarcerated.

C.) Appellant's trial attorney has conveyed that it is his belief that Appellant should not file an appeal therefore Appellant's attorney has sent correspondence to Appellant to determine if he still wishes to pursue the Appeal and needs time to correspond with Appellant.

D.) Appellant' attorney has spoken to the District attorney's office on May 13, 2015 and has been informed that the prosecuting attorney handling this case will be on vacation for the next few weeks, therefore is not opposed to an extension.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

RICKEY D. JONES
ATTORNEY AT LAW
1910 Pacific Ave, Ste 15100
Dallas, Texas 75201
Tel: (214) 742-0708
Fax: (214) 742-5956

By:_____
    Rickey D. Jones
    State Bar No. 00787791
    Attorney for Appellant

## CERTIFICATE OF CONFERENCE

I hereby certify that I spoke to the Hays County District Attorney's Office on May 13, 2015 at 11:45am with regards to this Motion for Extension of time and they are in agreement with the Motion and have no objection to the requested extension.

_____
Rickey D. Jones

## CERTIFICATE OF SERVICE

This is to certify that on May 14, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hays County, by facsimile transmission.

_____
Rickey D. Jones